IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN TRESLLEY, | : | |
| | : | CASE NO. 2:15cv3031 |
| Plaintiff, | : | |
| | : | JUDGE: Edmund A. Sargus, Jr. |
| v. | : | |
| | : | |
| BILFINGER WESTCON, INC., et al., | : | Magistrate Judge: Terence P. Kemp |
| | : | |
| Defendants. | : | |

_____

**STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT**
_____

The parties hereby stipulate, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that Plaintiff John Treslley is dismissing his Complaint in the above-captioned case, without prejudice, and that Plaintiff has the right to re-file his Complaint in Federal District Court, Southern District of Ohio, Eastern Division, within one year of the date of this stipulated order of dismissal.


 December 21, 2016                                                     /s/Terence P. Kemp
Date                                                                           ~~Magistrate Judge Kemp~~
                                                                                    United States Magistrate Judge

AGREED BY:


_/s/ Steven J. Brian per email authority 12/18/2016_
Steven J. Brian (0039716)
Richard Brian (0020816)
Brian, Zwick, Marchisio & Associates
81 Maplecrest Street SW
Canton, Ohio 44720
Ph:   (330) 494-2121
Fx:   (330) 494-3259
sbrian@brianlaw.com
rbrian@brianlaw.com

*Attorneys for John Treslley*


/s/ William J. Wahoff_____
William J. Wahoff, Esq. (0024169)
Nelva J. Smith (0083594)
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Ph:   (614) 221-5100
Fx:   (614) 221-0952
Bill.wahoff@steptoe-johnson.com
Nelva.smith@steptoe-johnson.com

*Attorneys for Bilfinger Westcon, Inc.*